```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
   KEVIN DAVIS,                               :
                              Plaintiff,      :    22 Civ. 4928 (LGS)
                                              :
              -against-                       :    ORDER
                                              :
   CARRENTAL8, LLC,                           :
                              Defendant.      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Order dated August 11, 2022, the deadline for Defendant to answer or otherwise respond to the Amended Complaint was September 9, 2022;

WHEREAS, no such response was filed.  It is hereby

**ORDERED** that by **September 13, 2022**, Defendant shall answer or otherwise respond to the Amended Complaint.

Dated: September 12, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**